| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

STEPHEN SILAS THOMAS, §
§
    Plaintiff, §
§
*versus* § CIVIL ACTION NO. 9:24-CV-19
§
DIRECTOR, TDCJ-CID, §
§
    Defendant. §

**ORDER ADOPTING**
**THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    Plaintiff Stephen Silas Thomas, proceeding *pro se*, filed the above-styled lawsuit. The court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the case be dismissed without prejudice pursuant to 28 U.S.C. § 1915(g) unless plaintiff paid the filing fee within 14 days of the date the Report and Recommendation was submitted. To date, the parties have not filed objections. Further, plaintiff has not paid the filing fee.

    The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the magistrate judge are correct.

    Accordingly, the Report and Recommendation of United States Magistrate Judge (#9) is **ADOPTED**. A final judgment shall be entered dismissing this lawsuit.

    SIGNED at Beaumont, Texas, this 30th day of April, 2024.

                                                                 MARCIA A. CRONE
                                                UNITED STATES DISTRICT JUDGE